FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| AMY H., | |
|---|---|
| Plaintiff, | NO: 1:20-CV-03013-FVS |
| v. | ORDER GRANTING STIPULATED MOTION FOR REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. §405(g). ECF No. 28. The Plaintiff is represented by Attorney D. James Tree. The Defendant is represented by Special Assistant United States Attorney Summer Stinson.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 28, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council should remand this case to the Administrative Law Judge (ALJ) for a de novo hearing. On remand, the ALJ shall comply with the Ninth

ORDER ~ 1

Circuit and District Court orders by discussing and weighing the Washington state ALJ's decision; and if the ALJ does not give the Washington state ALJ's decision great weight, the ALJ shall provide persuasive, specific, and valid reasons for not according it great weight.  Additionally, the ALJ shall give Plaintiff an opportunity for a hearing; and if necessary, proceed with the sequential evaluation process by evaluating Plaintiff's residual functional capacity and subjective complaints, performing new step four and five analyses, and obtaining additional vocational expert testimony.  The ALJ shall take any further action needed to complete the administrative record and issue a new decision.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 15, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** December 14, 2020.

s/Fred Van Sickle  
Fred Van Sickle  
Senior United States District Judge

ORDER ~ 2